UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH R. ALSTON,<br><br>  Petitioner,<br><br>  v.<br><br>JEFFERY A. UTTECHT,<br><br>  Respondent. | CASE NO.  C11-250-TSZ-MAT<br><br>ORDER DENYING MOTION FOR DISCOVERY AND RE-NOTING PETITION |

This is a federal habeas action brought under 28 U.S.C. § 2254.  This matter comes before the Court at the present time on petitioner's motion for discovery.  Respondent has filed a response opposing petitioner's motion.  The Court, having reviewed petitioner's motion, respondent's response, and the balance of the record, does hereby find and ORDER as follows:

   (1)   Petitioner's motion for discovery (Dkt. No. 15) is DENIED.  Petitioner requests in his motion that he be provided with transcripts of the opening statements from his trial so that he "may establish facts violating rights to comment on right to remain silent."  (*Id*.)  He also asks that he be granted a continuance, upon receipt of the discovery, so that he may "study the facts and make a proper argument."  (*Id*.)

ORDER DENYING MOTION FOR
DISCOVERY - 1

The Court may authorize a party to conduct discovery in an action brought under § 2254 upon a showing of good cause.  Rule 6(a), Rules Governing Section 2254 Proceedings in the United States District Courts.  Petitioner has not made the requisite showing of good cause to support his discovery request.  Accordingly, the Court will not order production of the requested transcript at this time.

(2)   On May 2, 2011, the Court received from petitioner a document entitled "Petition for Writ of Habeas Corpus under U.S. Const. Section 2254."  (*See* Dkt. No. 17.)  Given this caption, the document was posted on the Court's docket as an amended petition for writ of habeas corpus.  However, a review of the document suggests that petitioner intended it to constitute his response to respondent's answer to the petition and the Court will construe it as such.  So construed, the document was not timely because it was not signed by petitioner until several days after his response was due.  The Court has nonetheless accepted the document for filing.  In order to allow respondent an opportunity to file a reply brief in support of his answer, should he desire to do so, the Court RE-NOTES this matter on the calendar for consideration on *May 20, 2011*.  Respondent may file and serve any reply brief by that date.

(3)   The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Thomas S. Zilly.

DATED this <u>10th</u> day of May, 2011.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING MOTION FOR
DISCOVERY - 2